UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK CASTILLO,

                              Plaintiff,

            -against-                                          25cv9110 (LTS)

DEPARTMENT OF CORRECTIONS, ET                                 CIVIL JUDGMENT
AL.,

                              Defendants.

        For the reasons stated in the February 27, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v.

United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith

when he seeks review of a nonfrivolous issue).

SO ORDERED.

  Dated:    March 5, 2026
            New York, New York

                                              /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge